# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 9, 2008

136157 & (15)(16)(17)(22)(23)(25)(26)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

JERAL PEOPLES,
      Defendant-Appellant.

SC: 136157
COA: 281986
Wayne CC: 03-007347-01

_____/

      On order of the Court, the application for leave to appeal the February 20, 2008 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motions for miscellaneous relief are DENIED.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 9, 2008

_____
Clerk

s0828